IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY CULVER,                        )
            Petitioner,              )
                                     )
        vs.                          )        Civil Action No. 18-1218
                                     )
MARK CAPOZZA, et al.,                )
            Respondents.             )

O R D E R

AND NOW, this 29th day of April, 2019, after the petitioner, Henry Culver, filed

a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties a period of time after being served with a

copy to file written objections thereto, and upon consideration of the objections filed by the

petitioner, and upon independent review of the petition and the record and upon consideration of

the Magistrate Judge's Report and Recommendation (ECF No. 26), which is adopted as the

opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

(ECF No. 1) is dismissed and, because reasonable jurists could not conclude that a basis for

appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


                          s/ Arthur J. Schwab
                          Arthur J. Schwab
                          United States District Court Judge


cc:    Henry Culver
       EJ-1493
       SCI Fayette
       48 Overlook
       LaBelle, PA 15450